UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KURT J. SHOTKO,<br><br>                Plaintiff,<br><br>  v.<br><br>THE COUNTY OF LACKAWANNA, PENNSYLVANIA, et al.,<br><br>               Defendants. | CIVIL ACTION NO. 3:23-CV-01328<br><br>(MEHALCHICK, J.) |

### ORDER

**AND NOW,** this 20th day of September, for the reasons set forth in the Memorandum filed concurrently herewith, **IT IS HEREBY ORDERED THAT**:

1. The Report and Recommendation of Judge Arbuckle (Doc. 31) is **ADOPTED IN ITS ENTIRETY** as the decision of the Court.

2. Shotko's complaint is **DISMISSED with prejudice**. (Doc. 1).

3. The Clerk shall mark this matter **CLOSED.**

                                      BY THE COURT:

                                      *s/ Karoline Mehalchick*
                                      **KAROLINE MEHALCHICK**
                                        **United States District Judge**